UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JASMINE GRACE-LOUISE EDWARDS,

                       Plaintiff,

    -v-                                5:18-CV-1153
                                       (DNH/ATB)

VANESSA E. BOGAN,

                       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:

JASMINE GRACE-LOUISE EDWARDS
Plaintiff pro se
335 Valley Drive
Syracuse, NY 13207

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Pro se plaintiff Jasmine Grace-Louise Edwards brought this civil rights action pursuant to 42 U.S.C. § 1983. On September 27, 2018, Magistrate Judge Andrew T. Baxter advised by Report-Recommendation that plaintiff's complaint be dismissed with prejudice. Plaintiff filed objections to the Report-Recommendation.

      Based upon a de novo review of the portions of the Report-Recommendation to which plaintiff objected, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. § 636(b)(1).

      Therefore, it is

ORDERED that

1. Plaintiff's complaint is DISMISSED WITH PREJUDICE based on judicial immunity and for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and (iii); and

2. The Clerk is directed to enter judgment accordingly and close the file.

IT IS SO ORDERED.

_____
United States District Judge

Dated: October 21, 2019
        Utica, New York.